# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Green Building Corporation )  ASBCA No. 61437
)
Under Contract No. FA2816-15-C-0026 )

APPEARANCE FOR THE APPELLANT:  Mr. Fred Heidarian
  President

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
  Lt Col Damund E. Williams, USAF
  Justin D. Haselden, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

The parties have reported a settlement and jointly move to dismiss. Accordingly, this appeal is dismissed with prejudice.

Dated: 5 April 2018

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61437, Appeal of Green Building Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals